**FILED**

OCT 2 8 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| ANDREW EVERS,<br><br>        Plaintiff,<br><br>v.<br><br>UNKNOWN ENTITIES,<br><br>        Defendants. | 1:24-cv-11067<br>Judge Georgia N Alexakis<br>Magistrate Judge Jeffrey T. Gilbert<br>Cat 2 MR<br>Random Assignment |

## COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT (TCPA)

Andrew Evers ("Plaintiff") hereby brings the present action against the Unknown Entities identified on **Exhibit 1** attached hereto ("Defendants") and alleges as follows:

### I.        INTRODUCTION

1.        This is an action for damages and injunctive relief arising from Defendants' violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, by making unauthorized telephone solicitations to Plaintiff.

2.        Defendants are operating anonymously and using various Voice over Internet Protocol ("VoIP") providers to placed hundreds of phone calls and text messages to Plaintiff's cell phone, which is listed on the National Do Not Call Registry, without Plaintiff's consent and in flagrant violation of federal law.

3.        Despite multiple unsubscribe attempts by Plaintiff, Defendants continue to harass Plaintiff by repeatedly hiding their identities and changing phone numbers, thereby evading Plaintiff's efforts to block and cease their communications.

1

## II.    JURISDICTION AND VENUE

4.      This Court has original subject matter jurisdiction over the claims in this action pursuant to 28 U.S.C. § 1331 because this case arises out of violation of federal law, specifically, the provisions of the TCPA, 47 U.S.C. § 227.

5.      Personal jurisdiction is established because Defendants direct and conduct business within the State of Illinois and this judicial district.

6.      Venue is proper in the Northern District of Illinois pursuant to 28 U.S.C. § 1391(b)(2) because the unlawful conduct alleged herein occurred within this judicial district. Defendants have knowingly and willfully targeted Plaintiff, a resident of Illinois, by making unauthorized telephone solicitations to Plaintiff. Defendants invaded Plaintiff's privacy by contacting Plaintiff on his cell phone, which occurred while Plaintiff was located in Kane County, in the State of Illinois, which is within this judicial district.

## III.    PARTIES

7.      Plaintiff is an individual residing in Kane County, in the State of Illinois, whose personal cell phone has been targeted by unsolicited and unlawful telephone solicitations.

8.      Defendants are unknown entities who have engaged in illegal telephone solicitations and purposefully concealed their identities using VoIP services.

## IV.    FACTUAL ALLEGATIONS

9.      Plaintiff is, and at all times mentioned herein was, the owner of the telephone number (224) 567-3928, which is, and at all times mentioned herein was, assigned to a cellular telephone service as specified in 47 U.S.C. § 227(b)(1)(A)(iii).

10.     On or about May 11, 2020, Plaintiff received an unsolicited text message with political content from Defendants. Since then, Plaintiff has received and continues to receive

hundreds of similar unsolicited phone calls and text messages from Defendants (the "Abusive Communications").

11.     Plaintiff has often received multiple phone calls that were disconnected in less than 15 seconds. On multiple occasions, when Plaintiff answered his phone, the caller immediately hung up. Plaintiff tried calling back the phone numbers but received a message that the call cannot be completed.

12.     On information and belief, Defendants' Abusive Communications are connected and originate from the same source. Although Defendants' Abusive Communications do not promptly identify their sources, they all follow the same patterns, such as using phone numbers from the same VoIP providers, text with similar political content, and URLs that redirect to the same websites.

13.     Plaintiff has never given express consent to Defendants to receive these Abusive Communications. Plaintiff's cell phone number has been registered on the National Do Not Call Registry throughout this period. Plaintiff tried to use a paid spam-blocking mobile application but had to stop when the application started blocking important business phone calls in addition to spam phone calls.

14.     On or about November 7, 2022, Plaintiff replied "STOP" after receiving an unsolicited text message from Defendants. Since then, Plaintiff has attempted to unsubscribe from the Abusive Communications on at least 60 occasions. However, Defendants' use multiple phone numbers so that, once Plaintiff blocked a phone number, a new one would be immediately used for further Abusive Communications.

15.     On or about September 17, 2024, Plaintiff contacted Telnyx, the VoIP provider for multiple phone numbers used for Defendants' Abusive Communications, and requested the

3

platform to block any contact attempts to Plaintiff's phone number and to provide Defendants' identities and contact information. Telnyx responded that Plaintiff had been added to the "do not contact" list by their client but did not provide any direct contact information. Nonetheless, Plaintiff continued to receive Defendants' Abusive Communications from phone numbers provided by Telnyx.

16.     On or about September 24, 2024, Plaintiff contacted Sinch, another VoIP provider for multiple phone numbers used for Defendants' Abusive Communications, and requested the platform to block any contact attempts to Plaintiff's phone number and to provide Defendants' identities and contact information. However, Plaintiff did not receive a response from Sinch and continued to receive Defendants' Abusive Communications from phone numbers provided by Sinch.

17.     On or about October 10, 2024, Plaintiff answered one of Defendants' Abusive Communications. There was not a person on the other side of the call. Plaintiff immediately called back that phone number and received a pre-recorded voice message from a political source. Plaintiff attempted to unsubscribe by pressing 1.

18.     Defendants' Abusive Communications are indistinguishable from each other because they do not clearly provide an identity, and the messages are similar in content and frequency. Because of this, a reasonable person would expect an unsubscribe request to apply to all affiliated organizations and stop all similar communications.

19.     Nonetheless, Plaintiff has received at least 100 text messages and more than 200 phone calls from Defendants **after** his first unsubscribe attempt. Despite all Plaintiff's efforts and attempts to stop Defendants' Abusive Communications, Plaintiff continues to receive them to this date.

20.     Defendants' Abusive Communications are highly unreasonable. For instance, Plaintiff has received: 18 phone calls on May 21, 2024; 20 phone calls on May 22, 2024; 14 phone calls on May 23, 2024; 14 phone calls on May 30, 2024; 6 phone calls on June 3, 2024; 7 phone calls on June 4, 2024; 4 phone calls on June 6, 2024; 12 text messages on September 16, 2024; 13 text messages on September 17, 2024; 11 phone calls on September 24, 2024; 6 text messages on October 24, 2024; and 19 text messages on October 25, 2024.

21.     Defendants' Abusive Communications are a form of harassment and have caused Plaintiff significant inconvenience, distress, and potential loss of business.

**COUNT I**
**VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT (TCPA),**
**47 U.S.C. § 227(b)(1)(B)**

22.     Plaintiff hereby re-alleged and incorporates by reference the allegations set forth in the preceding paragraphs.

23.     Defendants have willfully and knowingly initiated telephone calls to Plaintiff's telephone using an artificial or prerecorded voice to deliver a message to Plaintiff's cell phone without Plaintiff's prior express consent in violation of 47 U.S.C. § 227(b)(1)(B).

**COUNT II**
**VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT (TCPA),**
**47 U.S.C. § 227(c)(5)**

24.     Plaintiff hereby re-alleged and incorporates by reference the allegations set forth in the preceding paragraphs.

25.     Plaintiff has received more than one telephone call within a 12-month period by or on behalf of Defendants in violation of the provisions of 47 U.S.C. § 227(c)(5). Defendants' Abusive Communications are willful and a violation of Plaintiff's privacy rights.

26.     Plaintiff has no adequate remedy at law and, if Defendants' actions are not enjoined, Plaintiff will continue to suffer irreparable harm.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

(1) That Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily, preliminarily, and permanently enjoined and restrained from contacting Plaintiff by any means, such as phone calls and text messages, pursuant to 47 U.S.C. § 227(b)(3)(A) and 47 U.S.C. § 227(c)(5)(A);

(2) That Plaintiff be awarded statutory damages for willful infringement of the prohibitions on the use of automated telephone equipment pursuant to 47 U.S.C. § 227(b)(3)(B) of $1,500 for each and every violation;

(3) That Plaintiff be awarded statutory damages for willful violation of Plaintiff's privacy rights pursuant to 47 U.S.C. § 227(c)(5)(B) of $1,500 for each and every violation; and

(4) Reasonable costs, and any other relief the Court deems just and proper.

Dated this 26th of October, 2024.                Respectfully submitted,


Andrew J. Evers
2702 Sterling Ct.
Elgin, IL 60124
(224) 567-3928
andyevers34@gmail.com

# Exhibit 1

| Phone | Date | Type | Provider | Count | URL | Forward URL | Text Preview or Displayed Caller Name | Opt Out Date |
|---|---|---|---|---|---|---|---|---|
| (706) 890-1098 | 2024-10-26 | text | Telnyx | 1 | m.conservguard.com | secure.winred.com | The RED WAVE is coming. New election projections have just been released. It's not looking... | 2024-10-26 |
| (947) 230-8818 | 2024-10-26 | text | Sinch | 1 | m.conservguard.com | secure.winred.com | Hey, it's John. I'm joining JD Vance tonight in MI. we MUST reach our Michigan Victory... | 2024-10-26 |
| (706) 538-9618 | 2024-10-25 | text | Telnyx | 1 | m.securelibertygift.com | secure.winred.com | Now you decide to abandon the GOP??? 11 Days out? If this is a mistake, IMMEDIATELY CLEAR THE... **Plaintiff Note:** After 9pm | 2024-10-26 |
| (689) 400-0016 | 2024-10-25 | text | Telnyx | 1 | m.securelibertygift.com | secure.winred.com | Elon Musk is an ABSOLUTE PATRIOT. Pray for Elon... **Plaintiff Note:** After 9pm | 2024-10-26 |
| (406) 204-6338 | 2024-10-25 | text | Telnyx | 1 | m.securelibertygift.com | secure.winred.com | It's Tim Sheehy - I'm having trouble. Can you help? ... **Plaintiff Note:** After 9pm | 2024-10-26 |
| (561) 954-1095 | 2024-10-25 | text | Telnyx | 1 | m.securelibertygift.com | secure.winred.com | Please don't give $5 to help dad before his critical election deadline. I'm serious. Don't. It's Don Jr. Let me explain. ... **Plaintiff Note:** After 10pm | 2024-10-25 |
| (610) 982-1490 | 2024-10-25 | text | Sinch | 1 | m.securelibertygift.com | secure.winred.com | I'm fighting all by myself. The Left knows it and they want to FINISH ME OFF! MUST ... **Plaintiff Note:** After 9pm | 2024-10-25 |
| (571) 727-1558 | 2024-10-25 | text | Telnyx | 1 | m.securelibertygift.com | secure.winred.com | MTG: I won't be back... My letter to supporters | 2024-10-25 |
| (571) 727-1581 | 2024-10-25 | text | Telnyx | 1 | m.securelibertygift.com | secure.winred.com | Check: BOUNCED I'm less than 2 weeks out & have less than $2,000 left to print... | 2024-10-25 |
| (609) 796-9412 | 2024-10-25 | text | Telnyx | 1 | m.securelibertygift.com | secure.winred.com | DISGUSTING! Did you see Biden's GROSS statement about Trump? You don't want to miss this... | 2024-10-25 |
| (727) 758-0829 | 2024-10-25 | text | Telnyx | 1 | m.securelibertygift.com | secure.winred.com | I need you. It's Anna Paulina Luna and my race is not looking good. READ ... | 2024-10-25 |
| (737) 244-9692 | 2024-10-25 | text | Telnyx | 1 | m.securelibertygift.com | secure.winred.com | TARGET NO.1 ELON MUSK The DOJ is ready to take out Elon Musk. WILL YOU SEND A PRAYER? ... | 2024-10-25 |
| (608) 740-5102 | 2024-10-25 | text | Sinch | 1 | t.cathvote.com | catholicvote-org.revv.co | BREAKING: RFK is joining CatholicVote to DEFEAT KAMALA. Watch our new joint ad, and help us... | 2024-10-25 |
| (301) 368-6895 | 2024-10-25 | text | Telnyx | 1 | m.securelibertygift.com | secure.winred.com | Only 6 patriots claimed our 900% Match. Patriot, we'll never STOP THE DEMS LIKE THIS!... | 2024-10-25 |
| (301) 746-0413 | 2024-10-25 | text | Telnyx | 1 | m.securelibertygift.com | secure.winred.com | Patriot, my team has reached out to you about the fundraising deadline I'm facing on Oct 31st... | 2024-10-25 |
| (916) 269-0098 | 2024-10-25 | text | Telnyx | 1 | m.securelibertygift.com | secure.winred.com | The best shot at winning is NOW for Garvey & GOP! But our funds are drying up... | 2024-10-25 |
| (715) 260-5204 | 2024-10-25 | text | Sinch | 1 | m.trustgopusa.com | secure.winred.com | Patriot, our race to flip WI-SEN is in serious danger of being downgraded from a TOSS-UP... | 2024-10-25 |
| (571) 727-1553 | 2024-10-25 | text | Telnyx | 1 | m.securelibertygift.com | secure.winred.com | Pres. Trump's Sec. of State here. Could I quickly bother you to answer a few questions for me? ... | 2024-10-25 |

1

| Phone | Date | Type | Provider | Count | URL | Forward URL | Text Preview or Displayed Caller Name | Opt Out Date |
|-------|------|------|----------|-------|-----|-------------|----------------------------------------|--------------|
| (571) 655-0708 | 2024-10-25 | text | Telnyx | 1 | m.securelibertygift.com | secure.winred.com | KAMALA's WORST NIGHTMARE >> ... Our new ad is already SHOCKING Swing Voters... | 2024-10-25 |
| (571) 727-1572 | 2024-10-25 | text | Telnyx | 1 | m.securelibertygift.com | secure.winred.com | Your 1,500% GOP match for the FINAL end-of-month deadline was just APPROVED! Claim before... | 2024-10-25 |
| (571) 673-2312 | 2024-10-25 | text | Telnyx | 1 | m.securelibertygift.com | secure.winred.com | Don Jr: I know what it means to have your family SHATTERED by the far left. We are NEVER backing... | 2024-10-25 |
| (803) 442-1066 | 2024-10-24 | text | Telnyx | 1 | m.trustgopusa.com | courage-under-fire-legal-defense-fund.revv.co | Hey Patriot, it's Bekah from Team Mace. I just left Nancy's office... This is bad, I need to share it with you privately... | 2024-10-24 |
| (216) 460-0903 | 2024-10-24 | text | Telnyx | 1 | m.trustgopusa.com | courage-under-fire-legal-defense-fund.revv.co | Jim Jordan: I've cut a check for $2.5 million PATRIOTS to join me... | 2024-10-24 |
| (417) 283-5288 | 2024-10-24 | text | Telnyx | 1 | m.trustgopusa.com | courage-under-fire-legal-defense-fund.revv.co | The Deep State is making its move-and now, they're going after Elon Musk. URGENT MEMO... | 2024-10-24 |
| (571) 673-2369 | 2024-10-24 | text | Telnyx | 1 | m.trustgopusa.com | courage-under-fire-legal-defense-fund.revv.co | BRUTAL! The past 48 hours have been TERRIFYING! Kamala calls trump H#TLER and Joe Biden... | 2024-10-24 |
| (571) 727-1556 | 2024-10-24 | text | Telnyx | 1 | m.trustgopusa.com | courage-under-fire-legal-defense-fund.revv.co | TRUMP SURGES >> https://m.trustgopusa.com ... Leads in EVERY swing state. Leads NATIONALLY... | 2024-10-24 |
| (301) 895-1236 | 2024-10-24 | text | Telnyx | 1 | m.trustgopusa.com | courage-under-fire-legal-defense-fund.revv.co | LOOKING BLEAK Our efforts to DRAIN THE SWAMP will NOT HAPPEN in time for 2025 unless YOU step up... | 2024-10-24 |
| (309) 320-4702 | 2024-10-24 | call | Sinch | 1 | | | **Plaintiff Note:** Machine voice just said "Goodbye" then it hung up | |
| (726) 465-6601 | 2024-10-23 | text | Telnyx | 1 | m.patriotfundusa.com | secure.winred.com | Ted Cruz here. I'll keep this quick. We still need to raise an additional $12,641 by 11:59p.m. to... | 2024-10-23 |
| (561) 941-9902 | 2024-10-22 | text | Telnyx | 1 | m.patriotfundusa.com | secure.winred.com | If everyone reading this pledges to VOTE TRUMP, we'll beat Kamala... | 2024-10-22 |
| (726) 262-0445 | 2024-10-22 | text | Telnyx | 1 | m.patriotfundusa.com | secure.winred.com | Losing Texas is not an option. Ted Cruz MUST win Texas to flip the Senate Majority Red. Help Ted NOW!... | 2024-10-22 |
| (251) 315-6810 | 2024-10-22 | call | Sinch | 1 | | | Potential Spam **Plaintiff Note:** After I answered, it hung up a few seconds after I said "hello" | |
| (561) 356-8132 | 2024-10-22 | text | Telnyx | 1 | m.patriotfundusa.com | secure.winred.com | BOMBSHELL: Official Trump Internal Polling Kellyanne Conway makes a MUST... **Plaintiff Note:** Tried calling, call doesn't go through. | 2024-10-22 |
| (816) 264-1193 | 2024-10-22 | text | Telnyx | 1 | m.patriotfundusa.com | secure.winred.com | I should always use my voice to glorify God. Even in elections, and this one is very important... | 2024-10-22 |
| (219) 268-8042 | 2024-10-15 | call | Sinch | 1 | | | **Plaintiff Note:** Caller hung up after 36 seconds. called back and call could not be completed. | |
| (855) 402-9251 | 2024-10-14 | text | X | 1 | c.hdcact.co | lp.hillsdale.edu | Please take the Hillsdales Survey on the DOJ now. Give us 5 minutes to... | 2024-10-14 |

| Phone | Date | Type | Provider | Count | URL | Forward URL | Text Preview or Displayed Caller Name | Opt Out Date |
|---|---|---|---|---|---|---|---|---|
| (771) 772-5283 | 2024-10-14 | call | Sinch | 1 | | | **Plaintiff Note:** Called back and it was an automated voice from the RNC. Unsubscribed by pressing 1 | 2024-10-14 |
| (771) 244-3967 | 2024-10-11 | call | Sinch | 1 | | | Junk | |
| (239) 447-0632 | 2024-10-11 | call | Sinch | 1 | | | Naples, FL | |
| (771) 772-4023 | 2024-10-10 | call | Sinch | 1 | | | Potential Spam | |
| (249) 703-5098 | 2024-10-10 | call | X | 1 | | | Potential Spam | |
| (224) 449-6052 | 2024-10-10 | call | Sinch | 1 | | | Telemarketer | |
| (771) 244-4055 | 2024-10-09 | call | Sinch | 3 | | | Junk | |
| (571) 727-1560 | 2024-10-09 | text | Telnyx | 1 | t.runityfund.com | secure.winred.com | Send a prayer to Elon Must. If you haven't heard, here's what happened: ... | 2024-10-09 |
| (771) 244-4055 | 2024-10-08 | call | Sinch | 1 | | | Junk | |
| (771) 244-4055 | 2024-10-03 | call | Sinch | 2 | | | Junk | |
| (771) 244-3885 | 2024-10-03 | call | Sinch | 1 | | | Junk | |
| (771) 244-4037 | 2024-10-02 | call | Sinch | 1 | | | Potential Spam | |
| (771) 244-3885 | 2024-10-01 | call | Sinch | 1 | | | Junk | |
| (771) 244-3821 | 2024-09-27 | call | Sinch | 3 | | | Junk | |
| (855) 402-9251 | 2024-09-26 | text | X | 1 | c.hdcact.co | lp.hillsdale.edu | Please take Hillsdale's Survey on the DOJ now. Give us 5 minutes to help us unders... | |
| (771) 224-8929 | 2024-09-24 | call | Sinch | 1 | | | Potential Spam | |
| (771) 224-8921 | 2024-09-24 | call | Sinch | 1 | | | Potential Spam | |
| (331) 255-0770 | 2024-09-24 | call | Sinch | 9 | | | v Aurora; IL | |
| (786) 654-1416 | 2024-09-23 | text | Telnyx | 1 | gop-report.com | secure.winred.com | It's Marco Rubio. This is my very last text. | |
| (771) 224-8890 | 2024-09-23 | call | Sinch | 1 | | | Junk | |
| (561) 960-0793 | 2024-09-23 | text | Telnyx | 1 | maga-txt.co | secure.winred.com | From Trump: I NEED TO KNOW. | |
| (561) 960-0794 | 2024-09-22 | text | Telnyx | 1 | maga-txt.co | secure.winred.com | PLEASE! It's Donald Trump. PLEASE tell me your response to question #1... | |
| (771) 224-8890 | 2024-09-21 | call | Sinch | 1 | | | Junk | |
| (561) 960-0668 | 2024-09-21 | text | Telnyx | 1 | maga-txt.co | secure.winred.com | From Trump: CONGRATS; YOU'RE INVITED TO MAR-A-LAGO!... | |
| (771) 224-8890 | 2024-09-20 | call | Sinch | 1 | | | Junk | |
| (561) 960-0787 | 2024-09-20 | text | Telnyx | 1 | maga-txt.co | secure.winred.com | From Trump: CONGRATS; YOU'RE INVITED TO MAR-A-LAGO!... | |
| (202) 970-3934 | 2024-09-20 | text | Sinch | 1 | maga-txt.co | secure.winred.com | FROM THE DESK OF JD VANCE: | |
| (771) 224-8768 | 2024-09-19 | call | Sinch | 1 | | | Junk | |

| Phone | Date | Type | Provider | Count | URL | Forward URL | Text Preview or Displayed Caller Name | Opt Out Date |
|---|---|---|---|---|---|---|---|---|
| (350) 305-1365 | 2024-09-18 | text | Telnyx | 1 | maga-txt.co | secure.winred.com | From Trump: I NEED TO KNOW. | |
| (916) 302-1099 | 2024-09-17 | text | Telnyx | 1 | maga-txt.co | secure.winred.com | Garvey is within STRIKING DISTANCE of taking down Schiff & flipping CA's Senat... | |
| (916) 260-2531 | 2024-09-17 | text | Telnyx | 1 | gopwin.vote | secure.winred.com | STEVE GARVEY: I felt called to STEP UP and SAVE THE STATE!... | |
| (850) 917-0022 | 2024-09-17 | text | Telnyx | 1 | patriot-poll.com | secure.winred.com | ELON: "I vowed to destroy the woke mind virus... I WILL" Do you want Elon in Trum... | |
| (660) 205-1058 | 2024-09-17 | text | Telnyx | 1 | m.goplinks.com | secure.winred.com | We have good and bad news on a new report about Josh Hawley: ... | |
| (608) 740-5054 | 2024-09-17 | text | Sinch | 1 | t.cathvote.com | secure.winred.com | WATCH: CatholicVote's NEW Ad reveals a HORRIFIC Fact about Kamala.... | |
| (571) 727-1566 | 2024-09-17 | text | Telnyx | 1 | m.goplinks.com | secure.winred.com | Will you play into Kamala & Pelosi's hands by ignoring this?.. | |
| (571) 727-1488 | 2024-09-17 | text | Telnyx | 1 | m.goplinks.com | secure.winred.com | GOP leaders saw your MAGA profile & chose you for a CRUCIAL mission! ... | |
| (350) 206-1198 | 2024-09-17 | text | Telnyx | 1 | maga-txt.co | secure.winred.com | PLEASE! It's Donald Trump. PLEASE tell me your response to question #1... | |
| (301) 936-1869 | 2024-09-17 | text | Telnyx | 1 | m.goplinks.com | secure.winred.com | _Alert_ Message from [Kellyanne Conway] will be gone in 11 minutes.... | |
| (301) 664-1643 | 2024-09-17 | text | Telnyx | 1 | m.goplinks.com | secure.winred.com | FINAL NOTICE: You were chosen to represent your area in a post-debate foc... | |
| (301) 517-7530 | 2024-09-17 | text | Telnyx | 1 | m.goplinks.com | secure.winred.com | You've been chosen to represent your area in a post-debate focus group.... | |
| (301) 517-7238 | 2024-09-17 | text | Telnyx | 1 | gopwin.vote | secure.winred.com | Don't ignore Don't scroll away... | |
| (301) 444-9279 | 2024-09-17 | text | Telnyx | 1 | m.goplinks.com | secure.winred.com | Evil CANNOT prevail. | |
| (803) 679-5788 | 2024-09-16 | text | Telnyx | 1 | m.securegopfund.com | secure.winred.com | Trump was almost KILLED once again. | |
| (706) 538-9186 | 2024-09-16 | text | Telnyx | 1 | m.securegopfund.com | secure.winred.com | IT HAPPENED AGAIN! | |
| (706) 200-5525 | 2024-09-16 | text | Telnyx | 1 | m.securegopfund.com | secure.winred.com | Trump's LIFE is on the line. | |
| (610) 735-6535 | 2024-09-16 | text | Telnyx | 1 | m.securegopfund.com | secure.winred.com | The Secret Service left Trump EXPOSED. | |
| (608) 740-5034 | 2024-09-16 | text | Telnyx | 1 | t.cathvote.com | secure.winred.com | Trump on his faith after the attempt on his life!... | |
| (571) 727-1579 | 2024-09-16 | text | Telnyx | 1 | m.securegopfund.com | secure.winred.com | PRES. TRUMP ALERT - ANOTHER assassination attempt.... | |
| (571) 727-1559 | 2024-09-16 | text | Telnyx | 1 | m.securegopfund.com | secure.winred.com | It's Mark. | |
| (561) 954-0990 | 2024-09-16 | text | Telnyx | 1 | m.securegopfund.com | secure.winred.com | From Trump: FEAR NOT I will be fighting even stronger... | 2024-09-16 |
| (561) 954-0922 | 2024-09-16 | text | Telnyx | 1 | m.securegopfund.com | secure.winred.com | TRUMP: They say I'm a threat to Democracy... | |
| (516) 814-2565 | 2024-09-16 | text | Telnyx | 1 | m.securegopfund.com | secure.winred.com | Our polls indicate that there is overwhelming support for Hamas... | |

4

| Phone | Date | Type | Provider | Count | URL | Forward URL | Text Preview or Displayed Caller Name | Opt Out Date |
|---|---|---|---|---|---|---|---|---|
| (301) 756-1734 | 2024-09-16 | text | Telnyx | 1 | m.securegopfund.com | secure.winred.com | God's hand has kept President Trump SAFE to help SAVE our country!... | |
| (301) 368-8562 | 2024-09-16 | text | Telnyx | 1 | m.securegopfund.com | secure.winred.com | God's hand has kept President Trump SAFE to help SAVE our country!... | |
| (771) 222-3248 | 2024-09-12 | text | Telnyx | 1 | 2024win.us | secure.winred.com | Forget 9X matching. Anon GOP Donors are offering something better: 10X! Don't... | 2024-09-12 |
| (771) 222-8373 | 2024-09-11 | text | Telnyx | 1 | patriot-poll.com | secure.winred.com | ABC News is a disgrace! We're writing ABC a letter to condemn their anti-Trump... | |
| (209) 714-2382 | 2024-09-08 | text | Telnyx | 1 | urgent24.org | secure.winred.com | Mike Pompeo here. This can't wait; Patriot. Something very serious just happened. P... | |
| (771) 222-9357 | 2024-09-05 | text | Telnyx | 1 | 2024win.us | secure.winred.com | I'm starting to feel like I'm talking to myself. It's Mark. Why won't you renew y... | |
| (301) 936-0232 | 2024-09-04 | text | Telnyx | 1 | gopwin.vote | secure.winred.com | It's Bob @ State GOP. I've reached out more times than I can count & your mem... | |
| (202) 972-8858 | 2024-09-02 | text | Sinch | 1 | patriot-poll.com | secure.winred.com | FROM THE DESK OF JD VANCE: | |
| (928) 582-8353 | 2024-09-01 | text | Telnyx | 1 | 2024win.us | secure.winred.com | You stood with Trump in 2016 | |
| (561) 356-8059 | 2024-08-23 | text | Telnyx | 1 | maga-txt.co | secure.winred.com | FROM TRUMP: $10? If everyone reading this gives $10, we'll outraise Kamala after... | 2024-08-24 |
| (301) 664-1468 | 2024-08-22 | text | Telnyx | 1 | patriot-poll.com | secure.winred.com | Who are you voting for? | |
| (202) 970-9572 | 2024-08-22 | call | Sinch | 1 | | | Junk | |
| (561) 258-9658 | 2024-08-21 | text | Telnyx | 1 | maga-txt.co | secure.winred.com | PLEASE! It's Donald Trump. PLEASE tell me your response to question #1... | |
| (580) 288-1291 | 2024-08-20 | text | Telnyx | 1 | maga-txt.co | secure.winred.com | TRUMP GUILTY VERDICT OVERTURNED? | |
| (202) 970-9572 | 2024-08-20 | call | Sinch | 1 | | | Junk | |
| (771) 222-3260 | 2024-08-19 | text | Telnyx | 1 | 2024win.us | secure.winred.com | It's with a heavy heart that I send this; JOSEPH. Your House GOP Membership... | |
| (202) 970-9572 | 2024-08-19 | call | Sinch | 1 | | | Junk | |
| (855) 402-9251 | 2024-08-15 | text | X | 1 | | | Please take the Hillsdales Survey on the DOJ now. Give us 5 minutes to… | |
| (806) 738-0169 | 2024-08-15 | text | Telnyx | 1 | 2024win.us | secure.winred.com | Pres. Trump's CIA Director & Sec. of State took time to write you a note.... | |
| (202) 985-6449 | 2024-08-14 | call | Sinch | 1 | | | Potential Spam | |
| (561) 292-0146 | 2024-08-13 | text | Bandwidth | 1 | maga-txt.co | secure.winred.com | From Trump: I ADDRESSED THE NATION LAST NIGHT WITH ELON MUSK!... | |
| (301) 664-1744 | 2024-08-13 | text | Telnyx | 1 | patriot-poll.com | secure.winred.com | _Alert_ Message from Kellyanne Conway will be gone in 11 minutes. See the messa... | |

5

| Phone | Date | Type | Provider | Count | URL | Forward URL | Text Preview or Displayed Caller Name | Opt Out Date |
|---|---|---|---|---|---|---|---|---|
| (561) 356-8059 | 2024-08-12 | text | Telnyx | 1 | maga-txt.co | secure.winred.com | From Trump: PLEASE! Please tell me you'll at least answer question 1. Take my MAGA... | |
| (850) 635-3291 | 2024-08-10 | text | Telnyx | 1 | 2024win.us | secure.winred.com | Elon Musk: "Wow...a search BAN on President Donald Trump!" | |
| (301) 842-9407 | 2024-08-10 | text | Telnyx | 1 | patriot-poll.com | secure.winred.com | You have (4) missed messages from Trump's inner circle:... | |
| (202) 972-9274 | 2024-08-10 | text | Sinch | 1 | patriot-poll.com | secure.winred.com | Lara Trump viewed your profile yesterday and nominated you for LIVING LEGEND S... | |
| (561) 359-1137 | 2024-08-08 | text | Telnyx | 1 | maga-txt.co | secure.winred.com | JD Vance: Do you want to become a founding member of my VP Advisory Boa... | |
| (202) 990-8111 | 2024-08-08 | call | Sinch | 1 | | | Junk | |
| (561) 423-1803 | 2024-08-07 | text | Sinch | 1 | maga-txt.co | secure.winred.com | From Trump: PLEASE! | |
| (771) 240-1029 | 2024-08-06 | call | Sinch | 1 | | | Potential Spam | |
| (806) 738-0486 | 2024-08-03 | text | Telnyx | 1 | 2024win.us | secure.winred.com | President Trump's Chief Negotiator just released an Official Statement that you... | |
| (561) 356-8117 | 2024-07-28 | text | Telnyx | 1 | maga-txt.co | secure.winred.com | From Trump: Patriot; how does a FREE trip on Trump Force Two sound?... | |
| (202) 972-9257 | 2024-07-27 | text | Sinch | 1 | patriot-poll.com | secure.winred.com | Lara Trump viewed your profile yesterday and nominated you for LIVING LEGEND S... | |
| (561) 359-1389 | 2024-07-25 | text | Telnyx | 1 | maga-txt.co | secure.winred.com | JD Vance: Do you want to become a founding member of my VP Advisory Boa... | |
| (771) 240-0960 | 2024-07-24 | call | Sinch | 1 | | | Junk | |
| (202) 970-3934 | 2024-07-24 | text | X | 1 | patriot-poll.com | secure.winred.com | Lara Trump viewed your profile yesterday and nominated you for LIVING LEGEND S... | |
| (771) 240-0960 | 2024-07-23 | call | Sinch | 1 | | | Junk | |
| (771) 209-7504 | 2024-07-17 | call | Sinch | 1 | | | Potential Spam | |
| (771) 240-0949 | 2024-07-16 | call | Sinch | 1 | | | Potential Spam | |
| (771) 209-7452 | 2024-07-11 | call | Sinch | 1 | | | Potential Spam | |
| (771) 209-7426 | 2024-06-25 | call | Sinch | 1 | | | Junk | |
| (771) 223-4843 | 2024-06-20 | call | Sinch | 1 | | | Potential Spam | |
| (771) 223-4811 | 2024-06-19 | call | Sinch | 1 | | | RNC | |
| (771) 223-4749 | 2024-06-19 | call | Sinch | 1 | | | Junk | |
| (771) 223-4794 | 2024-06-18 | call | Sinch | 1 | | | Potential Spam | |
| (771) 223-4793 | 2024-06-13 | call | Sinch | 1 | | | RNC | |
| (771) 223-4750 | 2024-06-11 | call | Sinch | 1 | | | RNC | |

| Phone | Date | Type | Provider | Count | URL | Forward URL | Text Preview or Displayed Caller Name | Opt Out Date |
|---|---|---|---|---|---|---|---|---|
| (202) 886-2625 | 2024-06-11 | call | Bandwidth | 2 | | | Junk | |
| (202) 945-4520 | 2024-06-06 | call | Bandwidth | 4 | | | Junk | |
| (202) 945-4520 | 2024-06-05 | call | Bandwidth | 1 | | | Junk | |
| (202) 886-3093 | 2024-06-04 | call | Bandwidth | 7 | | | Junk | |
| (202) 798-6243 | 2024-06-03 | call | Bandwidth | 6 | | | Junk | |
| (202) 798-5351 | 2024-05-30 | call | Bandwidth | 7 | | | Junk | |
| (202) 798-3048 | 2024-05-30 | call | Bandwidth | 7 | | | Junk | |
| (771) 213-5655 | 2024-05-27 | call | Sinch | 1 | | | Potential Spam | |
| (771) 209-5634 | 2024-05-23 | call | Sinch | 6 | | | Junk | |
| (771) 209-5632 | 2024-05-23 | call | Sinch | 8 | | | Junk | |
| (771) 213-5712 | 2024-05-22 | call | Sinch | 7 | | | Junk | |
| (771) 213-5712 | 2024-05-22 | call | Sinch | 7 | | | Junk | |
| (771) 213-5454 | 2024-05-22 | call | Sinch | 6 | | | Junk | |
| (771) 213-5511 | 2024-05-21 | call | Sinch | 6 | | | Junk | |
| (771) 213-5353 | 2024-05-21 | call | Sinch | 5 | | | Junk | |
| (771) 213-5353 | 2024-05-21 | call | Sinch | 7 | | | Junk | |
| (314) 217-0571 | 2024-03-07 | call | Peerless | 9 | | | Telemarketer | |
| (936) 549-5696 | 2024-03-06 | call | Peerless | 4 | | | Devers, TX | |
| (844) 523-4564 | 2024-03-04 | call | X | 5 | | | Potential Spam | |
| (833) 587-5206 | 2024-03-04 | call | X | 2 | | | Potential Spam | |
| (312) 390-1189 | 2024-02-13 | call | American | 3 | | | Chicago, IL | |
| (571) 325-0688 | 2024-01-23 | text | Bandwidth | 1 | red24.us | red24.us | PRESIDENT TRUMP: I WANT TO MEET YOU!... | |
| (859) 756-4455 | 2024-01-12 | text | X | 1 | teamtrump.vip | secure.winred.com | Joseph - it's President Trump. I hope you'll take just a moment to read my private letter for... | 2024-01-12 |
| (312) 589-3624 | 2024-01-12 | call | Mcleodusa | 10 | | | Potential Spam | |
| (206) 426-3890 | 2024-01-12 | call | Sinch | 5 | | | Potential Spam | |
| (605) 659-2664 | 2024-01-11 | call | Airus | 2 | | | Telemarketer | |
| (405) 591-1893 | 2024-01-10 | call | Peerless | 3 | | | Meridian, OK | |
| (304) 658-2091 | 2024-01-03 | text | Sinch | 1 | energytxt.com | energycitizens.org | Hi Joseph, it's Kyle w/ Energy Citizens. We're looking for people who are passion... | 2024-01-10 |
| (413) 533-3284 | 2024-01-02 | call | Verizon | 16 | | | Potential Spam **Plaintiff Note:** Spy dialer may be incorrect, called back and it rings perpetually. | |
| (651) 448-2381 | 2023-12-28 | text | Bandwidth | 1 | nrscaction.com | nrscaction.com | TRUMP REMOVED FROM THE BALLOT IN BLUE STATE President Trump... | 2023-12-28 |

7

| Phone | Date | Type | Provider | Count | URL | Forward URL | Text Preview or Displayed Caller Name | Opt Out Date |
|---|---|---|---|---|---|---|---|---|
| (406) 298-2937 | 2023-12-13 | text | Bandwidth | 1 | rwing.us | [FILE DOWNLOAD] | Closing the curtains on my campaign ... Cynthia ... | 2023-12-13 |
| (667) 275-4667 | 2023-12-02 | text | Sinch | 1 | gopwin.us | [GOOGLE ERROR 404] | It's Speaker Johnson- I just endorsed Donald J. Trump for President. Will you stand... | 2023-12-02 |
| (586) 834-8307 | 2023-12-01 | text | Bandwidth | 1 | sambrown24.com | secure.winred.com | Joseph - This is all a part of God's plan. | |
| (504) 389-3438 | 2023-11-30 | text | Sinch | 1 | nolib.us | [FILE DOWNLOAD] | Mike Johnson: "The real goal of this political ambush is two-fold... | 2023-11-30 |
| (813) 726-1413 | 2023-11-28 | text | Telnyx | 1 | red24.us | red24.us | We're holding (1) "All I Want for Christmas is a New President" shirt for you; but you... | |
| (571) 668-9664 | 2023-11-20 | text | Bandwidth | 1 | red23.co | [SERVER ERROR] | Mike Pompeo here. This can't wait; Cynthia. Something very serious just hap... | |
| (540) 315-8592 | 2023-11-11 | text | Bandwidth | 1 | nhwin.org | secure.winred.com | Have a minute, Joseph? I need you to see this. | |
| (551) 230-7382 | 2023-11-03 | text | Sinch | 1 | ourusa.co | [FILE DOWNLOAD] | This is a message from Donald Trump Jr. "My dad... | |
| (667) 402-1075 | 2023-10-27 | text | Telnyx | 1 | imp-ct.com | [FILE DOWNLOAD] | Mike Johnson is officially Speaker! To kick things off House GOP HQ set an ambitio... | |
| (504) 603-4533 | 2023-10-11 | text | Bandwidth | 1 | nolib.us | [FILE DOWNLOAD] | FINAL PLEA: Sign the House GOP Petition to KEEP Trump on the ballot... | |
| (571) 463-0121 | 2023-10-07 | text | Bandwidth | 1 | 23-win.com | [GOOGLE ERROR 404] | The GOP is surveying 500 people in your state to see where you stand on all thing... | |
| (571) 482-4894 | 2023-08-05 | text | Bandwidth | 1 | ourusa.co | [FILE DOWNLOAD] | President Donald J. Trump: I wrote this letter from the heart. I hope you'll read it;... Cynthia... | |
| (872) 274-7419 | 2022-11-07 | text | Bandwidth | 1 | us-here.com | [FILE DOWNLOAD] | [VIDEO FILE] Wouldn't you agree the Supreme Court race is critically important... | 2022-11-07 |
| (773) 729-6062 | 2022-11-07 | text | Sinch | 1 | gotmyvote.us | illinoissupremecourtvoterguide.com | We can CHANGE Illinois tomorrow! A vote for Mark Curran is a vote for common sense... | 2022-11-07 |
| (630) 349-6430 | 2022-11-07 | text | Sinch | 1 | - | - | Senate Leadership Fund here. The midterm election is TOMORROW, Nov 8... | 2022-11-07 |
| (217) 718-5391 | 2022-11-07 | text | Sinch | 1 | getfacts.today | illinoispolicy.actcentr.com | [IMAGE FILE] Hi this is Rob. I'm alerting fellow conservatives to vote NO on the radical progressive... | 2022-11-07 |
| (779) 903-4028 | 2022-11-06 | text | Bandwidth | 1 | getfacts.today | illinoispolicy.org | [IMAGE FILE] Hi this is Emma. Your friends and family need to know the truth about the so-called... | 2022-11-07 |
| (630) 729-6062 | 2022-11-06 | text | X | 1 | gotmyvote.us | illinoissupremecourtvoterguide.com | Election Day is Tuesday! Did you know we have a chance at electing... | |
| (224) 765-8714 | 2022-11-06 | text | Telnyx | 1 | us-here.com | [FILE DOWNLOAD] | [VIDEO FILE] Do you know who is running for Supreme Court? It's Citi... | 2022-11-07 |
| (630) 349-6430 | 2022-11-05 | text | X | 2 | - | - | Senate Leadership Fund here. IL VOTER ALERT: make sure your voice... (this was sent twice) | |

| Phone | Date | Type | Provider | Count | URL | Forward URL | Text Preview or Displayed Caller Name | Opt Out Date |
|---|---|---|---|---|---|---|---|---|
| (240) 845-8858 | 2022-11-02 | text | Telnyx | 1 | us-here.com | [FILE DOWNLOAD] | Six days until victory, Cynthia! We're counting on you + 18 other top patriots to send $5 or... | 2022-11-07 |
| (757) 734-5031 | 2022-10-31 | text | Bandwidth | 1 | us-here.com | [FILE DOWNLOAD] | Are you going to one of the YUGE Trump rallies this weekend? we understand... | 2022-11-17 |
| (667) 354-3041 | 2022-10-31 | text | Bandwidth | 1 | gored22.com | [FILE DOWNLOAD] | Cynthia, we said 1500% match... We reminded you twice... And you... | 2022-11-17 |
| (872) 627-9781 | 2022-10-29 | text | Bandwidth | 1 | us-here.com | [FILE DOWNLOAD] | It's Nathan from Illinois Federation for Children PAC and we are proud... | 2022-11-07 |
| (872) 627-3485 | 2022-10-27 | text | Bandwidth | 1 | 22-rep.com | [FILE DOWNLOAD] | Isn't it tiime we stand up agains corruption and the special interest control of Illinois? Sheriff Mark C... | 2022-11-07 |
| (779) 341-1309 | 2022-10-27 | text | Sinch | 1 | here-22.com | [FILE DOWNLOAD] | Can we count on you to help ensure our elections are run smoothly? It's Don, Chairman... | 2022-11-07 |
| (312) 967-8055 | 2022-10-25 | text | Bandwidth | 1 | us-here.com | [FILE DOWNLOAD] | It's Nathan with IL Federation for Children PAC. Connie Cain is the best choice... | 2022-11-07 |
| (312) 967-8130 | 2022-10-22 | text | Bandwidth | 1 | 22-rep.com | [FILE DOWNLOAD] | Cynthia, It's Nathan from Illinois Federation for Children PAC... | 2022-11-07 |
| (872) 627-3492 | 2022-10-20 | text | Bandwidth | 1 | gored22.com | [FILE DOWNLOAD] | [VIDEO FILE] Are you tired of the special interests controlling everything in illinois... | 2022-11-07 |
| (872) 627-3459 | 2022-10-13 | text | Bandwidth | 1 | us-here.com | [FILE DOWNLOAD] | Do you agree that we need an independent outsider on the Illinois Supreme Court... | 2022-11-07 |
| (920) 891-8509 | 2022-10-05 | text | Telnyx | 1 | imp-ct.com | [FILE DOWNLOAD] | Exclusive offer for Cynthia: Be Ron Johnson's first donor 10/4 Chip in now... | 2022-11-07 |
| (804) 351-8159 | 2022-10-05 | text | Telnyx | 1 | us22win.com | [FILE DOWNLOAD] | Supporting veterans is more than just a campaign talking point for Tiffany Smiley, Cynthia... | 2022-11-07 |
| (872) 627-0748 | 2022-10-04 | text | Bandwidth | 1 | us-here.com | [FILE DOWNLOAD] | Joe Biden said I'm not black. Jill Biden said I'm a breakfast taco.... | |
| (217) 212-4648 | 2022-09-29 | text | Sinch | 1 | youtube.com | youtube.com | Friend; it's Darren Bailey! | |
| (224) 371-4583 | 2022-09-18 | text | Sinch | 1 | - | - | Hi! I'm Moranda with Triton Polling and Research Inc.; you are invited to participa... | |
| (332) 455-9308 | 2022-09-15 | text | Telnyx | 1 | 22-rep.com | [FILE DOWNLOAD] | I am a Black; Republican; Woman running for Congress.... | |
| (773) 739-8233 | 2022-09-14 | text | Bandwidth | 1 | research-polls.com | [SERVER ERROR] | Hello from Research-Polls! Tell us about Illinois and what can make it better! Your... | |
| (725) 258-3392 | 2022-09-10 | text | Sinch | 1 | 22-rep.com | [FILE DOWNLOAD] | Hey; I'm Rick Harrison from the television show "Pawn Stars" where my family and... | |
| (920) 252-6949 | 2022-09-09 | text | Bandwidth | 1 | 22-rep.com | [FILE DOWNLOAD] | It's Ron Johnson. I hate to be this blunt; but I promise it's important: I'm asking yo... | |
| (240) 812-8494 | 2022-09-09 | text | Bandwidth | 1 | gored22.com | [FILE DOWNLOAD] | Cynthia -This is Dr. Oz. | |

| Phone | Date | Type | Provider | Count | URL | Forward URL | Text Preview or Displayed Caller Name | Opt Out Date |
|---|---|---|---|---|---|---|---|---|
| (775) 447-1989 | 2022-09-08 | text | Telnyx | 1 | 22-rep.com | [FILE DOWNLOAD] | This is Gov. Ron DeSantis. | |
| (872) 249-1720 | 2022-08-27 | text | Telnyx | 1 | web-act.co | [SERVER ERROR] | _OFFICIAL MESSAGE FROM PRES TRUMP_ | |
| (866) 935-4068 | 2022-06-28 | text | X | 1 | - | - | American Jobs and Growth Fund: | |
| (866) 907-4531 | 2022-06-28 | text | X | 1 | - | - | American Jobs and Growth Fund: | |
| (224) 295-6383 | 2022-06-28 | text | Sinch | 1 | electme.app | judgeshanes.com | Today is Election Day! Don't forget to vote Judge Daniel Shanes for Supreme Court!... | |
| (630) 633-1643 | 2022-06-27 | text | Sinch | 1 | - | - | This is State Senator Don DeWitte; the 2022 primary is coming up on Tuesday; J... | |
| (224) 295-6383 | 2022-06-27 | text | Sinch | 1 | electme.app | judgeshanes.com | Tomorrow is primary election day in Illinois - When do you plan to vote? | |
| (217) 290-0087 | 2022-06-27 | text | Sinch | 1 | youtube.com | youtube.com | Friend; it's Darren Bailey: | |
| (630) 633-1315 | 2022-06-26 | text | Sinch | 1 | - | - | This is State Rep. Dan Ugaste; the 2022 primary is coming up on Tuesday; June 2... | |
| (224) 295-6383 | 2022-06-24 | text | Sinch | 1 | electme.app | judgeshanes.com | Judge Daniel Shanes for IL Supreme Court! Proven Experience. Trusted Conse... | |
| (217) 290-9291 | 2022-06-21 | text | Sinch | 1 | youtube.com | youtube.com | Friend; it's Darren Bailey: | |
| (224) 295-6383 | 2022-06-10 | text | Sinch | 1 | electme.app | judgeshanes.com | Did you hear who conservative leader Jeanne Ives endorsed? | |
| (217) 282-0123 | 2022-06-08 | text | Sinch | 1 | goplinks.org | endorsements.irvinbourne.com | Hi Jacalyn; Irvin backs the blue and they back him! ... | |
| (217) 203-8387 | 2022-06-01 | text | Sinch | 1 | secure3.surveynetwork.com | secure3.surveynetwork.com | Hi Jacalyn; Dynata is conducting a short survey on issues important to residents o... | |
| (224) 295-6383 | 2022-05-25 | text | Sinch | 1 | electme.app | judgeshanes.com | Will you join us for coffee? Meet Judge Daniel Shanes and... | |
| (773) 869-6735 | 2022-05-23 | text | Bandwidth | 1 | nowgous.com | [GOOGLE ERROR 404] | Cynthia; JB Pritzker is afraid to take on the thugs & criminals. Not surprisingly; crime... | |
| (773) 920-2544 | 2022-05-20 | text | Bandwidth | 1 | 22-now.com | [FILE DOWNLOAD] | Cynthia; Defund the Police Dems caused crime to skyrocket & now attacks on offi... | |
| (224) 295-6383 | 2022-05-19 | text | Sinch | 1 | electme.app | judgeshanes.com | Jacalyn, did you know? Early voting starts today! Did you also know... | |
| (217) 291-6168 | 2022-05-18 | text | Sinch | 1 | youtube.com | youtube.com | Friend; it's Darren Bailey! We wanted to ensure you saw our newest social media... | |
| (224) 295-6383 | 2022-05-12 | text | Sinch | 1 | electme.app | judgeshanes.com | Judge Dan Shanes is the only Trusted Conservative can... | |
| (855) 435-3740 | 2022-05-10 | text | X | 1 | news.ilalerts.com | [SERVER ERROR] | Former Trump advisor disses Irvin as a Dem; endorses Bailey for Gov. news.ilaler... | |

10

| Phone | Date | Type | Provider | Count | URL | Forward URL | Text Preview or Displayed Caller Name | Opt Out Date |
|---|---|---|---|---|---|---|---|---|
| (773) 869-6755 | 2022-05-10 | text | Bandwidth | | rep-gop.com | [GOOGLE ERROR 404] | Cynthia; Tired of high taxes? Wasteful spending? Out of control crime? Self-ser... | |
| (773) 920-2503 | 2022-05-05 | text | Bandwidth | 1 | - | - | [VIDEO FILE] Cynthia; you MUST watch this video of Illinois veterans calling out gubernatorial... | |
| (561) 933-5294 | 2022-05-05 | text | Sinch | 1 | s.id | s.id | [IRS Notice] There is a tax refund for you as a relief due to the pandemic. immediat... | |
| (309) 204-9281 | 2022-04-29 | text | Sinch | 1 | realdarrenbailey.com | [SERVER ERROR] | Megan here. Why is Pritzker helping Darren Bailey and Jesse Sullivan's camp... | |
| (224) 295-6383 | 2022-04-26 | text | Sinch | 1 | electme.app | judgeshanes.com | Judge Dan Shanes is the Law and Order candidate for Supreme Court! | |
| (855) 457-5960 | 2022-04-21 | text | X | 1 | news.ilalerts.com | [SERVER ERROR] | New ad says GOP Gov candidate Irvin's support of Black Lives Matter should dis... | |
| (217) 291-6168 | 2022-04-07 | text | Sinch | 1 | youtube.com | youtube.com | Friend; it's Darren Bailey! Democrat Irvin's campaign is lying again. I'm a lifelong Re... | |
| (779) 600-2906 | 2022-03-30 | text | Sinch | 1 | jo.my | jo.my | Pritzker and the Democratic Governors Association are scared and running misle... | |
| (217) 291-6168 | 2022-03-24 | text | Sinch | 1 | youtube.com | youtube.com | Friend, it's Darren Bailey! I'm a lifelong Republican & the GOP frontrunner for Governor... | |
| (217) 291-6168 | 2022-02-26 | text | Sinch | 1 | youtube.com | youtube.com | Friend, it's Senator Darren Bailey! I'm a farmer, a businessman, & the conservative fighter... | |
| (833) 299-6997 | 2021-12-29 | text | X | 1 | win-21.com | [ERROR] | Reservation Unconfirmed: Trump wants to meet with you but you failed to add your... | |
| (833) 299-6997 | 2021-12-28 | text | X | 1 | now-21.com | [FILE DOWNLOAD] | 89% of recipients IGNORED our plea! ... Emergency 6x MATCH to... | |
| (833) 207-9518 | 2021-12-22 | text | X | 1 | gopwin.us | [GOOGLE ERROR 404] | Why haven't you claimed your SIGNED copy of Jim Jordan's new book?... | |
| (833) 207-9518 | 2021-12-22 | text | X | 1 | gopwin.us | [GOOGLE ERROR 404] | Why haven't you claimed your SIGNED copy of Jim Jordan... | |
| (833) 207-9518 | 2021-12-21 | text | X | 1 | gopwin.us | [GOOGLE ERROR 404] | (8) MISSED MESSAGES: Your 2021 Member expires in 9 DAYS! Renew ASAP... | |
| (833) 299-6997 | 2021-12-18 | text | X | 1 | now-21.com | [FILE DOWNLOAD] | Congratulations! As part of the top 3% of our Trump supporters,... | |
| (833) 207-9518 | 2021-12-16 | text | X | 1 | gopwin.us | [GOOGLE ERROR 404] | Humbly asking 1 final time... will you join Trump... | |
| (833) 207-9518 | 2021-12-16 | text | X | 1 | gopwin.us | [GOOGLE ERROR 404] | Ignore this text to abandon Trump. Cynthia, you... | |
| (224) 600-5150 | 2021-02-04 | text | X | 1 | - | - | Hello Jacalyn; this is Jose with Richard Johnson for the Elgin City Council campa... | |
| (608) 413-2582 | 2020-09-28 | text | Sinch | 1 | - | - | Hi; I'm Brittney with Anderson Williams Research.... | |

| Phone | Date | Type | Provider | Count | URL | Forward URL | Text Preview or Displayed Caller Name | Opt Out Date |
|---|---|---|---|---|---|---|---|---|
| (855) 402-9252 | 2020-09-26 | text | X | 1 | c.hdcact.co | lp.hillsdale.edu | Please take the Hillsdales Survey on the DOJ now. Give us 5 minutes to… | |
| (855) 584-8315 | 2020-08-27 | text | X | 1 | votedotgop.org | vote.gop | Lara Trump: You have a duty this November. Can we count on you to do yo… | |
| (219) 491-3531 | 2020-06-14 | text | Sinch | 1 | getcertifiedtocarry.com | getcertifiedtocarry.com | CCWPermit: Joe Don't be arrested for carrying a gun in IL. Get your perm. easy… | |
| (847) 429-3273 | 2020-05-11 | text | Sinch | 1 | bit.ly | [SERVER ERROR] | Hi! I'm Arlene with Americans for Prosperity. Oppose Speaker Nancy Pelos… | |
| (224) 360-5364 | 2020-05-11 | text | Sinch | 1 | - | - | Hello; this is Louis with Americans For Prosperity Action. In 2017; Illinois politicia… | |



EVERETT MCKINLEY DIRKSEN
219 S DEARBORN ST
FL 20
CHICAGO IL 60604

P:RED   S:TBLU   I:318

M311-1026

1ZH920GY073499 3943
SAT08485 XLE 04-1 Oct 28 06:48:56 2024
US 6060 HIPPS 24.3.1 SATOLR

1030

ANDREW EVERS
(224) 567-3928
2702 STERLING CT
ELGIN IL 60124

0.3 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 26 OCT 2024

SHIP US COURT HOUSE CLERKS OFFICE
TO: EVERETT MCKINLEY DIRKSEN
20TH FLOOR
219 SOUTH DEARBORN ST

**CHICAGO IL 60604**



IL 606 9-04

UPS 2ND DAY AIR A.M.        2A

TRACKING #: 1Z H92 09Y 07 3499 3943



BILLING: P/P

ISH 13.00F ZZP 450 39.5U 09/2024

 SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
820 R 0823

UPS Worldwide Expe